United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 10, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>TRINSEO PLC., *et al*.,<br><br>               Debtors.[1] | Chapter 11<br><br>Case No. 26-90545 (CML)<br><br>(Jointly Administered) |
| THE AD HOC GROUP OF EXCLUDED OPCO TERM LENDERS;<br><br>               Plaintiff,<br><br>- against –<br><br>ALTER DOMUS (US) LLC; ANGELO, GORDON & CO., L.P.; APOLLO GLOBAL MANAGEMENT INC.; DEUTSCHE BANK AG NEW YORK BRANCH; OAKTREE CAPITAL MANAGEMENT L.P.; TPG AG PRIVATE CREDIT FINANCING 1 LLC; TRINSEO HOLDING S.À.R.L.; TRINSEO LUXCO FINANCE SPV S.À.R.L.; TRINSEO LUXCO S.À.R.L.; AND TRINSEO MATERIALS FINANCE, INC.,<br><br>               Defendants. | Adv. Proc. No. 26-03208 |

**STIPULATION AND ORDER DISMISSING CERTAIN
DEFENDANTS AND MODIFYING PARTIES NAMED IN COMPLAINT**

This Stipulation and Agreed Order (the "Stipulation and Order") is entered into by and

between (i) the Ad Hoc Group of Excluded OpCo Term Lenders (the "Plaintiff"), as Plaintiff in

the above-captioned adversary proceeding (the "Adversary Proceeding"); (ii) Alter Domus (US)

LLC and Deutsche Bank AG New York Branch (together, the "Agent Defendants"); (iii) Apollo

Accord+ II Aggregator A, L.P.; Apollo Calliope Fund LP; Apollo Centre Street Partnership, L.P.;

Apollo Excelsior Co-Invest, L.P.; Apollo Lincoln Fixed Income Fund, L.P.; Apollo Moultrie

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "Bankruptcy Cases") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/trinseo/. The Debtors' mailing address is 440 East Swedesford Road, Suite 301, Wayne, PA 19087.

Credit Fund, L.P.; AG Credit Solutions Master Fund II A, L.P.; TPG AG Corporate Credit Opportunities Fund, L.P.; TPG AG Credit Solutions Avanti Co-Invest, L.P.; AG Cataloochee, L.P.; AG CSF 2023 OVERFLOW FUND (G) LP; AG Potomac Fund, L.P.; TPG AG Centre Street Partnership, L.P.; TPG Dynamic Credit Income Master Fund, L.P.; AG Credit Solutions Fund II Co-Investment, L.P.; Oaktree Opportunities Fund XI Holdings (Delaware), L.P.; and Oaktree Opportunities Fund XII Holdings (Delaware), L.P.; Alter Domus (US) LLC; Trinseo Holding S.À.R.L.; Trinseo Luxco Fiance SPV S.À.R.L.; Trinseo Luxco S.À.R.L.; and Trinseo Materials Finance, Inc. (collectively, the "Modified Lender Defendants"); and (iv) Trinseo Holding S.À.R.L.; Trinseo Luxco Fiance SPV S.À.R.L.; Trinseo Luxco S.À.R.L.; and Trinseo Materials Finance, Inc. (the "Trinseo Defendants," together with the Plaintiff, the Agent Defendants, and the Modified Lender Parties, the "Parties"). The Parties hereby stipulate and agree as follows:

WHEREAS, on May 26, 2026, the Plaintiff filed the Complaint [Docket No. 69; Adv. Proc. Docket No. 1], naming Angelo, Gordon & Co., L.P.; Apollo Global Management Inc.; Oaktree Capital Management L.P.; and TPG AG Private Credit Financing 1 LLC (collectively, the "Original Lender Defendants,") the Agent Defendants, and the Trinseo Defendants as Defendants;

WHEREAS, on June 3, 2026, the Modified Lender Defendants informed Plaintiff that the Original Lender Defendants were incorrectly named in the Complaint and should be substituted with the Modified Lender Defendants;

WHEREAS, the Parties desire to correct the name of the Plaintiff in the caption as follows: CastleKnight Master Fund LP, Elevation CLO 2013-1, Ltd; Elevation CLO 2016-5, Ltd; Elevation CLO 2020-11, Ltd; Elevation CLO 2021-12, Ltd; Elevation CLO 2021-13, Ltd; Elevation CLO 2021-14, Ltd; Elevation CLO 2021-15, Ltd; Elevation CLO 2022-16, Ltd; Signal Peak CLO 4, Ltd.; Signal Peak CLO 5, Ltd.; Signal Peak CLO 7, Ltd.; Signal Peak CLO 8, Ltd.; Signal Peak

CLO 9, Ltd.; Signal Peak CLO 10, Ltd.; and Signal Peak CLO 12, Ltd. (collectively, the "Modified Plaintiffs");

WHEREAS, the Parties desire to correct the names of the Defendants follows: Apollo Accord+ II Aggregator A, L.P.; Apollo Calliope Fund LP; Apollo Centre Street Partnership, L.P.; Apollo Excelsior Co-Invest, L.P.; Apollo Lincoln Fixed Income Fund, L.P.; Apollo Moultrie Credit Fund, L.P.; AG Credit Solutions Master Fund II A, L.P.; TPG AG Corporate Credit Opportunities Fund, L.P.; TPG AG Credit Solutions Avanti Co-Invest, L.P.; AG Cataloochee, L.P.; AG CSF 2023 OVERFLOW FUND (G) LP; AG Potomac Fund, L.P.; TPG AG Centre Street Partnership, L.P.; TPG Dynamic Credit Income Master Fund, L.P.; AG Credit Solutions Fund II Co-Investment, L.P.; Oaktree Opportunities Fund XI Holdings (Delaware), L.P.; and Oaktree Opportunities Fund XII Holdings (Delaware), L.P.; Alter Domus (US) LLC; Trinseo Holding S.À.R.L.; Trinseo Luxco Fiance SPV S.À.R.L.; Trinseo Luxco S.À.R.L.; and Trinseo Materials Finance, Inc. (collectively, the "Modified Defendants");

WHEREAS, the Parties have met and conferred, and agreed that the Agent Defendants are not required defendants to this action, complete relief may be accorded among the remaining parties without the Agent Defendants' participation, and the Agent Defendants' absence will neither impair nor impede any interest of the Agent Defendants in the proceeding or subject any party to a substantial risk of multiple or inconsistent obligations;

WHEREAS, the Parties further agree that the dismissal of the Agent Defendants does not impact the claims or defenses asserted by or against the remaining parties;

WHEREAS, the Agent Defendants have agreed to participate in discovery in this action;

WHEREAS, in exchange for dismissal, the Agent Defendants have confirmed and agreed that they will be bound by, and agree to comply with, all final judgments or orders from this Court only to the extent the Agent Defendants are required to effectuate any such judgment, including

3

any declaratory judgment that the 2023 Amendment, 2025 Amendment, or ICA (as those terms are defined in the Complaint) are void *ab initio* or voidable;

WHEREAS, in accordance with the foregoing agreement, a proposed modified case caption for this Adversary Proceeding is attached hereto as **Exhibit A**.

NOW THEREFORE, the Parties, including the Modified Plaintiffs and the Modified Defendants, by and through their undersigned counsel, hereby JOINTLY STIPULATE that:

1.     The Agent Defendants are voluntarily dismissed from the action without prejudice. All claims against the Trinseo Defendants and the Modified Lender Defendants remain pending.

2.     The Agent Defendants shall be bound by any final judgment in this action only to the extent the Agent Defendants are required to effectuate any such judgment, including any declaratory judgment.

3.     The Court retains jurisdiction over the Agent Defendants for the purposes of entering any final judgment in this action and enforcing any such judgment against the Agent Defendants only to the extent the Agent Defendants are required to effectuate any such judgment.

4.     Pursuant to Rules 21 and 41 of the Federal Rules of Civil Procedure, the Court shall amend the case caption to remove the Agent Defendants, to substitute the Plaintiff with the Modified Plaintiffs, and to substitute the Original Lender Defendants with the Modified Lender Defendants, in accordance with **Exhibit A**.

5.     Each reference within the Complaint made to any Original Lender Defendant in its individual capacity shall be construed as pertaining to its respective affiliated Modified Lender Defendant(s).

6.     The substitution of the Parties pursuant to this Stipulation and Order shall not constitute an amendment of the Complaint for purposes of Rule 15(a)(1) of the Federal Rules of

Civil Procedure and the Modified Plaintiffs' right to amend its Complaint once as a matter of course pursuant to Rule 15(a)(1) is expressly preserved.

Signed: June 10, 2026

_____

Christopher Lopez
United States Bankruptcy Judge

Dated: June 9, 2026

AGREED AS TO STIPULATION
AND FORM OF ORDER:

/s/ Ryan P. Montefusco

**PAUL HASTINGS LLP**
Charles Persons (TX Bar No. 24060413)
2001 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:     (972) 936-7500
Facsimile:     (972) 936-7501
Email:          charlespersons@paulhastings.com

–and–

Kristopher M. Hansen (admitted *pro hac vice*)
Daniel A. Fliman (admitted *pro hac vice*)
Christopher M. Guhin (admitted *pro hac vice*)
Ryan P. Montefusco (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone:     (212) 318-6000
Facsimile:     (212) 319-4090
Email:          krishansen@paulhastings.com
                danfliman@paulhastings.com
                chrisguhin@paulhastings.com
                ryanmontefusco@paulhastings.com

*Counsel to the Ad Hoc Group of Senior RCF
Lender Defendants*

/s/ Timothy A. ("Tad") Davidson II

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No.
24012503)
Philip M. Guffy (TX Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone:     (713) 220-4200
Email:          taddavidson@hunton.com
                pguffy@hunton.com

–and–

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Ryan Preston Dahl (NY Bar No. 5697461)
George Klidonas (NY Bar No. 4549432)
Jonathan J. Weichselbaum (NY Bar No.
5676143)
1271 Avenue of the Americas
New York, NY 10020
Telephone:     (212) 906-1200
Email:          ray.schrock@lw.com
                ryan.dahl@lw.com
                george.klidonas@lw.com
                jon.weichselbaum@lw.com

–and–

Benjamin M. Rhode (IL Bar No. 6310000)
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:     (312) 876-7700
Email:          benjamin.rhode@lw.com

*Proposed Co-Counsel for the Debtors
and Debtors in Possession*

6

*/s/ Jason S. Brookner*

**GRAY REED**
Jason S. Brookner
Texas Bar No. 24033684
Lydia R. Webb
Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:    (713) 986-7000
Facsimile:    (713) 986-7100
Email:          jbrookner@grayreed.com
                   lwebb@grayreed.com


–and–

**PALLAS PARTNERS (US) LLP**
Duane L. Loft (admitted *pro hac vice*)
Jill L. Forster (admitted *pro hac vice*)
Brianna S. Simopoulos (admitted *pro hac vice*)
75 Rockefeller Plaza
New York, NY 10019
Telephone:    (212) 970-2300
Email:          duane.loft@pallasllp.com
                   jill.forster@pallasllp.com
                   brianna.simopoulos@pallasllp.com

*Counsel to the Ad Hoc Group of Excluded
OpCo Term Lenders*

*/s/ Liz Boydston*

**THOMPSON COBURN LLP**
Liz Boydston (SBN 24053684)
Alexandria Rahn (SBN 24110246)
2100 Ross Avenue, Suite 3200
Dallas, TX 75201
Telephone:    (972) 629-7100
Facsimile:    (972) 629-7171
Email:          lboydston@thompsoncoburn.com
                   arahn@thompsoncoburn.com


–and–

**PRYOR CASHMAN LLP**
Seth H. Lieberman (*pro hac vice*)
Patrick Sibley (*pro hac vice*)
Matthew W. Silverman (*pro hac vice*)
7 Times Square, 40th Floor
New York, NY 10036
Telephone:    (212) 421-4100
Facsimile:    (212) 326-0806
Email:          slieberman@pryorcashman.com
                   psibley@pryorcashman.com
                   msilverman@pryorcashman.com

*Counsel for Alter Domus (US) LLC*


*/s/ Kim Havlin*

**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, TX 77002
Telephone:    (713) 496-9700
Facsimile:    (713) 496-9701
Email:          charles.koster@whitecase.com

Kim Havlin
Brett Bakemeyer
1221 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 819-8200
Facsimile:    (212) 354-8113
Email:          kim.havlin@whitecase.com
                   brett.bakemeyer@whitecase.com

*Counsel for Deutsche Bank AG New York
Branch*

7

**Exhibit A**

| | |
|---|---|
| In re:<br><br>TRINSEO PLC., *et al.*,<br><br>　　　　　　　　　Debtors.[2] | Chapter 11<br><br>Case No. 26-90545 (CML)<br><br>(Jointly Administered) |
| CASTLEKNIGHT MASTER FUND LP; ELEVATION CLO 2013-1, LTD; ELEVATION CLO 2016-5, LTD; ELEVATION CLO 2020-11, LTD; ELEVATION CLO 2021-12, LTD; ELEVATION CLO 2021-13, LTD; ELEVATION CLO 2021-14, LTD; ELEVATION CLO 2021-15, LTD; ELEVATION CLO 2022-16, LTD; SIGNAL PEAK CLO 4, LTD.; SIGNAL PEAK CLO 5, LTD.; SIGNAL PEAK CLO 7, LTD.; SIGNAL PEAK CLO 8, LTD.; SIGNAL PEAK CLO 9, LTD.; SIGNAL PEAK CLO 10, LTD.; AND SIGNAL PEAK CLO 12, LTD.,<br><br>　　　　　　　　　Plaintiffs,<br><br>– against –<br><br>APOLLO ACCORD+ II AGGREGATOR A, L.P.; APOLLO CALLIOPE FUND LP; APOLLO CENTRE STREET PARTNERSHIP, L.P.; APOLLO EXCELSIOR CO-INVEST, L.P.; APOLLO LINCOLN FIXED INCOME FUND, L.P.; APOLLO MOULTRIE CREDIT FUND, L.P.; AG CREDIT SOLUTIONS MASTER FUND II A, L.P.; TPG AG CORPORATE CREDIT OPPORTUNITIES FUND, L.P.; TPG AG CREDIT SOLUTIONS AVANTI CO-INVEST, L.P.; AG CATALOOCHEE, L.P.; AG CSF 2023 OVERFLOW FUND (G) LP; AG POTOMAC FUND, L.P.; TPG AG CENTRE STREET PARTNERSHIP, L.P.; TPG DYNAMIC CREDIT INCOME MASTER FUND, L.P.; AG CREDIT SOLUTIONS FUND II CO-INVESTMENT, L.P.; OAKTREE OPPORTUNITIES FUND XI HOLDINGS (DELAWARE), L.P.; OAKTREE OPPORTUNITIES FUND XII HOLDINGS (DELAWARE), L.P.; TRINSEO HOLDING S.À.R.L.; TRINSEO LUXCO FINANCE SPV S.À.R.L.; TRINSEO LUXCO S.À.R.L.; and TRINSEO MATERIALS FINANCE, INC.,<br><br>　　　　　　　　　Defendants. | Adv. Proc. No. 26-03208 |

---

[2]　　　　A complete list of each of the Debtors in these chapter 11 cases (the "Bankruptcy Cases") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/trinseo/. The Debtors' mailing address is 440 East Swedesford Road, Suite 301, Wayne, PA 19087.